■ In the Matter of STEPHEN C. PALMER, an Attorney, Resignor. [751 NYS2d 796] —Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83). Present—Green, J.P., Pine, Hayes, Hurlbutt, and Burns, JJ. (Filed Aug. 29, 2002.)

■ In the Matter of ROGER A. OLSON, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [751 NYS2d 799] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of JAMES A. RESTI, a Suspended Attorney, Respondent. [751 NYS2d 796] —Order of disbarment entered. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ. (Filed Sept. 6, 2002.)

■ In the Matter of MICHAEL B. RUDIN, a Suspended Attorney, Respondent. [751 NYS2d 796] —Order of disbarment entered. Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ. (Filed June 17, 2002.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BAKER, Appellant. [750 NYS2d 556] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Cicoria, J.—Sexual Abuse, 1st Degree.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY BARBER, Appellant. [750 NYS2d 556] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Egan, J.— Driving While Intoxicated.) Present—Pigott, Jr., P.J., Wisner, Scudder, Kehoe and Burns, JJ.